1  INKU NAM (Nevada Bar No. 12050)
   E: INam@ohaganmeyer.com
2  **O'HAGAN MEYER PLLC**
   300 S. 4th Street, Suite 1250
3  Las Vegas, Nevada 89101
   Telephone: 725-286-2801
4
5  *Attorneys for Defendant*
   *EXPERIAN INFORMATION SOLUTIONS, INC.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAYLOR HATTY<br><br>            Plaintiff,<br><br>        v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, *et al*.<br><br>            Defendants. | Case No. 2:25-cv-00699-APG-BNW<br><br>**CONSENT MOTION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC. TO RESPOND TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

Pursuant to LR IA 6-1(a), LR IA 6-2, and LR 7-1, the undersigned counsel of record for Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") files this motion to extend Experian's deadline to file its response to Plaintiff's Complaint (ECF No. 1) through Thursday, July 10, 2025.

//

//

//

//

//

This extension request is made in good faith and not for purposes of delay. Counsel for Experian has been in contact with Plaintiff who has consented to the requested extension. Plaintiff will not be prejudiced by this extension, as the purpose of this first request for the extension is to allow Experian the opportunity to fully analyze the claims against it and to give the parties the opportunity to continue good faith efforts to settle this case.

Dated this 30th day of May, 2025

/s/ Inku Nam
INKU NAM Nevada Bar No. 12050
O'HAGAN MEYER PLLC
Nevada Bar No. 12050
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101
Tel. 725-286-2801

*Attorneys for Defendant*
*EXPERIAN INFORMATION SOLUTIONS, INC.*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
BRENDA WEKSLER

DATED: 6/2/2025

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2025, I electronically filed and served the foregoing **CONSENT MOTION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC. TO RESPOND TO COMPLAINT** with the Clerk of the Court through Case Management/Electronic Filing System as follows. I further certify that a copy of the foregoing was sent by U.S. Mail to:

Taylor Hatty
2817 Legend Drive
Las Vegas, NV 89134
*Pro Se Plaintiff*

                                            */s/ Inku Nam*
                                            Attorney for Defendant
                                            Experian Information Solutions, Inc.

315459170