CLARK HILL, PLLC
Gia N. Marina, Nevada Bar No. 15276
gmarina@clarkhill.com
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone: (702) 862-8300
Facsimile: (702) 862-8400

*Counsel for Defendant*
*Equifax Information Services LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TAYLOR HATTY,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, and EXPERIAN INFORMATION SOLUTIONS INC.,<br><br>Defendants. | Case No.: 2:25-cv-00699-APG-BNW |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES LLC ONLY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff, Taylor Hatty, and Defendant Equifax Information Services LLC ("Equifax") that the above-titled action is hereby dismissed with prejudice as to Defendant Equifax. Each party will bear their own costs and attorney's fees.

Dated: July 10, 2025   Respectfully submitted,

PRO SE PLAINTIFF

*By:*
   Taylor Hatty

*Pro Se Plaintiff*

CLARK HILL, PLLC

*By: /s/ Gia N. Marina*
   Gia N. Marina, Nevada Bar No. 15276
   gmarina@clarkhill.com
   CLARK HILL, PLLC
   1700 S. Pavilion Center Drive, Suite 500
   Las Vegas, Nevada 89135
   Telephone: (702) 862-8300
   Facsimile: (702) 862-8400

*Counsel for Defendant*
*Equifax Information Services LLC*

319032031v.1

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2025, I presented the foregoing STIPULATION OF DISMISSAL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. A copy has also been sent via U.S. Mail to the following:

> Taylor Hatty, *plaintiff pro se*
> 2817 Legend Drive
> Las Vegas, Nevada  89134

*/s/ Gia N. Marina*
Gia N. Marina
*Counsel for Defendant*
*Equifax Information Services LLC*

TAYLOR HATTY
[signature]
07-24-2025

319032031v.1

IT IS SO ORDERED:

Dated:   July 28, 2025

[signature]

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE